UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-22261-CIV-MORENO**

MICHAEL I. GOLDBERG, in his capacity as
court-appointed Receiver for Worldwide
Entertainment Group, Inc., a Delaware
corporation, The Entertainment Group Fund, Inc.,
a Florida corporation, and other affiliated entities,

     Plaintiff,

vs.

PARIS HILTON ENTERTAINMENT, INC., a
California corporation, and PARIS HILTON, an
individual,

     Defendants.

_____/

## ORDER APPOINTING MEDIATOR

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully

advised in the premises, it is

**ADJUDGED** that the Court appoints Raoul G. Cantero, III, White & Case, LLP, to be a

mediator in this case.  Both Mr. Goldberg and Ms. Hilton must appear at mediation, which must be

concluded by **April 1, 2010**.

DONE AND ORDERED in Chambers at Miami, Florida, this/ /  day of December, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record