UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-22261-CIV-MORENO

MICHAEL I. GOLDBERG, in his capacity as court-appointed Receiver for Worldwide Entertainment Group, Inc., a Delaware corporation, The Entertainment Group Fund, Inc., a Florida corporation, and other affiliated entities,

    Plaintiff,

vs.

PARIS HILTON ENTERTAINMENT, INC., a California corporation, and PARIS HILTON, an individual,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon Motion for Substitution of Counsel (**D.E. No. 151**), filed on **August 6, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court substitutes Stephen James Binhak of the Law Office of Stephen James Binhak, P.L.L.C. as counsel of record for Greenberg Traurig, P.A.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of August, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record